STATE, Respondent, v. GOSS, et al, Appellants.

(221 N. W. 23.)

(File No. 6674. Opinion filed September 22, 1928.)

*Hasche & Foley,* of Watertown, for Appellants.

PER CURIAM. In the above cause an appeal is sought to be taken from a judgment and an order denying a new trial. Certified copy of the notice of appeal was filed in this court on February 14, 1928, and the original has not been filed. There has been no extension of time, and no brief has been filed by appellant.

Therefore, pursuant to rule 5 of this court, the appeal must be deemed abandoned, and the judgment and order appealed from are affirmed.